UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

LOUISIANA WORKFORCE
COMMISSION, ET AL

CIVIL ACTION

NO. 09-652-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 3, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motions to Dismiss of defendant Louisiana Workforce Commission (rec.docs. 23 and 25) are granted, dismissing the plaintiff's claims asserted against this defendant, with prejudice, and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, February  11 , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA