UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


NAOMI SANDRES

VERSUS

LOUISIANA WORKFORCE COMMISSION,
ET AL

CIVIL ACTION

NUMBER 09-652-BAJ-SCR

### RULING ON MOTION FOR TRANSCRIPT

Before the court is the plaintiff's Motion to Receive Copy of Transcript of Hearing Plaintiff Had to Do on September 8, 2009. Record document number 104. Plaintiff also filed a separate Request for Transcript seeking the essentially the same relief. Record document number 105.

Plaintiff was granted leave to proceed in forma pauperis in the district court.[1] Judgment was entered dismissing this case on April 9, 2012.[2] Plaintiff's appeal was dismissed for lack of jurisdiction on July 19, 2012.[3]

Insofar as the plaintiff seeks a transcript of the September 8, 2009 hearing without cost to her, she has not shown that she is entitled to a transcript under the in forma pauperis statute, 28 U.S.C. § 1915(c). The transcript has not been requested by the appellate court or the district court.

Insofar as the plaintiff is seeking at transcript at her

---

[1] Record document number 4.

[2] Record document number 98.

[3] See record document number 103.

expense, her motion is repetitive.  Plaintiff was notified by Magistrate Judge Noland in her September 22, 2011 Order of the cost of the transcript, depending on whether the plaintiff wanted it in seven days, 14 days or 40 days, and that the estimated costs must be paid before transcription begins.[4]  The record does not contain any indication that the plaintiff completed a transcript request form (available upon request from the Clerk of Court) and paid any estimated cost.

Accordingly, the plaintiff's Motion to Receive Copy of Transcript of Hearing Plaintiff Had to Do on September 8, 2009 and her Request for Transcript are both denied.

Baton Rouge, Louisiana, August 2, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[4] See record document number 72, Separate Motion for Price of Transcript of Hearing on September 8, 2009 as Requested in Writing Three Times Already; record document number 73, Order providing estimated cost.

2

Case 3:09-cv-00652-BAJ-SCR   Document 108   08/02/12   Page 2 of 2